IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO: 5:21-cv-344-FL

| | | |
|---|---|---|
| J.M. and D.M., individually and on behalf of G.M., their minor child,<br><br>Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENT** |

G.M., by and through her Guardian ad Litem, Jessica Marquardt, Jessica Marquardt and Daniel Marquardt, individually, and Wake County Board of Education ("Board") (collectively, "the Parties"), brought forth their Joint Motion for Approval of Minor Settlement. Having reviewed the Parties' Joint Motion for Approval of Minor Settlement and the Settlement Agreement, in accordance with Local Civil Rule 17.1, this Court finds:

1. G.M., by and through her parents, J.M. and D.M., filed actions in the North Carolina Office of Administrative Hearings and subsequently this Court, alleging that the Defendant are civilly liable to Plaintiffs for attorneys' fees and educational reimbursements arising out of an administrative hearing in the Office of Administrative Hearings as well as damages to G.M. for alleged violations of federal and state laws;

2. The Board defended the actions in the North Carolina Office of Administrative Hearings.

3. Plaintiffs were successful and were declared the prevailing party on the issues presented at the North Carolina Office of Administrative Hearings, and Defendant did not successfully appeal the determination.

4. The Board has denied any liability for damages.

5. The Parties agreed the interests of all Parties, including the minor G.M. and her duly appointed Guardian Ad Litem, Jessica Marquardt, would be best served by resolution of this matter.

6. The Parties reached a settlement agreement, which was provided to and reviewed by the Court.

7. The Parties agree that the settlement reached is fair and reasonable, and in the best interests of the Parties, including G.M.

8. The Settlement Agreement includes certain considerations in exchange for a general release of liability against the Board.

9. Specifically, as part of the Settlement Agreement, the Board and/or its insurers have agreed to pay the total sum of **one hundred eighty thousand dollars** (**$180,000.00**) to be paid to the Trust Account of Gahagan Paradis, PLLC as a payment for a portion of Plaintiff's attorneys' fees, in addition to significant non-monetary considerations agreed to by the Parties which will support G.M.

10. The Court finds that the settlement is fair, reasonable, and in the best interests of the minor G.M.

Therefore, Plaintiffs may dismiss this matter.

THEREFORE, the Court Orders that the Settlement Agreement is APPROVED.

This the 29th day of June, 2023.

LOUISE W. FLANAGAN
United States District Judge